**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-1247**

———————————

In re:  CURTIS SHAWN BROOKS,

        Petitioner.

———————————

On Petition for Writ of Mandamus to the United States District Court for the Middle District of North Carolina, at Greensboro.  (1:19-cr-00393-LCB-1)

———————————

Submitted:  May 21, 2024                    Decided:  May 24, 2024

———————————

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Curtis Shawn Brooks, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Curtis Shawn Brooks petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the § 2255 motion on April 25, 2024. Accordingly, because the district court has recently decided Brooks' case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*